denied, with ten dollars costs. Opinion by Barnard, P. J.

Mary P. Taggart, Respondent, v. Mary G. Rogers and others, Appellants. — Motion granted, without costs. Opinion by Barnard, P. J.

Isaac Sisson v. Samuel Sisson — Judgment affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

The People of the State of New York ex rel. James W. Slaght, Appellant, v. Jefferson Patten, Respondent.— Order affirmed, without costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

The People of the State of New York ex rel. Adolph Wasserman, v. James D. Bell, Commissioner, etc. — Order affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., dissenting.

Richard W. Beyrich, Appellant, v. Theodore A. Liebler, Jr., Respondent.— Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J., and Pratt, J.

Nason Manufacturing Company, Respondent, v. Benjamin F. Stephens, Appellant.— Judgment affirmed, with costs. Opinion by Pratt, J.

Kate C. Reynolds, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

The Richardson and Boynton Company, Respondent, v. The Brooklyn Mill and Lumber Company, Repondent, James Reid (owner), Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.

Nathan B. Munday, Appellant, v. John T. Barrett and another, as surviving Executors, etc., Respondents.— Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Constantine W. Benson, Respondent, v. Clara McNamee, Appellant.— Judgment affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Matter of Probate of Will of Daniel Totten, Deceased. — Decree reversed and issue to be made for a jury of Suffolk county. Opinion by Barnard, P. J.

Frederick J. Smith, Respondent, v. James H. Ruggles, Appellant.— Judgment affirmed, with costs. Opinion by Barnard, P. J.

Elizabeth Greenleaf and another, Appellants, v. The Brooklyn, Flatbush and Coney Island Railroad Company, Respondents. — Judgment reversed and new trial granted, costs to abide event. Opinion by Dykman, J.; Pratt, J , dissenting.

Matter of Probate of Will of Mary Hall, Deceased.— Decree affirmed, with costs. Opinion by Barnard, P. J.

Hugh D. Kelly, Respondent, v. George S. Wheeler and others, Appellants. — Judgment affirmed, with costs. Opinion by Pratt, J.

Jacob Cortright, Respondent, v. The Village of Mount Vernon, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Charles E. Young, Appellant, v. Frederick Grill, Respondent. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

Joshua Hitchcock, Respondent, v. The Brooklyn City Railroad Company, Appellant.— Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by Pratt, J.

Charles Lighte and another, Respondents, v. Robert Finan, Appellant.— Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

James White, Respondent, v. Andrew Mowbray, Appellant.—Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

William S. Wetmore, Respondent, v. Janette Pirsson, Appellant.—Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J. Barnard, P. J., not sitting.

Isaac S. Lydecker and others, Respondents, v. Richard P. Eells, Appellant.—Judgment of City Court and justice reversed, with costs. Opinion by Barnard, P. J.

Clarence R. Conger, Appellant, v. Wolsey T. Weyant and another, Respondents.—Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Thomas R. Sheffield, Respondent, v. Christian Loeffler, Appellant.—Judgment affirmed, with costs. Opinion by Dykman, J.

William Evans, Plaintiff, v. The United States Life Insurance Co., Defendant. — Order affirmed, with costs and disbursements. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Matter of Probate of Will of Bridget Harrold, deceased.—Decree reversed and will admitted to probate. Opinion by Dykman, J.; Barnard, P. J., dissenting.

William Kain, Respondent, v. The New York and N. E. R. R. Co., Appellant.—Judgment affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Thomas Kain, Respondent, v. New York and N. E. R. R. Co., Appellant.—Judgment affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

The People of the State of New York ex rel. Katharine H. Richmond, v. John H. Wilson and others, as Trustees, etc.—Proceedings affirmed, with costs. Opinion by Barnard, P. J.

The People of the State of New York ex rel. William A. Smith, v. John H. Wilson and others, as Trustees, etc.—Proceedings affirmed, with costs. Opinion by Barnard, P. J.

Frank L. Warrin, Appellant, v. John E. Van Nostrand, Respondent.—Judgment and orders affirmed, with costs. Opinion by Dykman, J.

The People of the State of New York ex rel. Isaac B. Lefurgy v. The New York and Northern Railroad Company. — Judgment affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

In the Matter of the Application of the Staten Island Rapid Transit Railroad Company to Acquire Title. — That portion of the order appealed from which relates to the damages, reversed ; and Theodore C. Vermilye, Henry T. Metcalf, Gerard M. Stevens appointed as a new commission. No opinion ; order to be settled by Mr. Justice Pratt. Same order in the other appeal.

John R. Hinz, as Administrator, etc., Respondent, v. John H. Starin, Appellant.—Judgment and order denying new trial reversed and new trial granted ; costs to abide event. Opinion by Pratt, J. ; Dykman, J., dissenting.

In the Matter of the Petition of The New York and Brooklyn Bridge, Respondent, to Acquire Real Estate of John Greenewald and others, Appellants. — Order affirmed, with costs and disbursements. Opinion by Brown, J.